IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL L. OKSNER, et al., individually and on behalf of all others similarly situated

        Plaintiffs,

   v.

MARION C. BLAKEY, Administrator, Federal Aviation Administration; JON JORDAN; NICHOLAS LACEY; FREDERICK E. TILTON; the UNITED STATES OF AMERICA; and DOES 1-100,

        Defendants.

No. C 07-2273 SBA

**FINAL JUDGMENT**

In accordance with the Court's Order on the defendants' Motion to Dismiss, judgment is granted in favor of the defendants on the claims brought by plaintiffs. All matters calendared in this action are VACATED. The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated: 10/31/07

                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge